# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RISHARD H. AMADI SALAAM,<br><br>Petitioner,<br><br>v.<br><br>GLEN E. PRATT,<br><br>Respondent. | Case No. CV 24-07306-KK (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

      Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file an opposition to Respondent's Motion to Dismiss, which the Court "may . . . deem[ as] consent to the granting . . . of the motion." See Local Rule 7-12. Additionally, no objections were filed to the Report and Recommendation, and the time to file objections has expired. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

      IT IS THEREFORE ORDERED that Judgment be entered granting Respondent's Motion to Dismiss and dismissing this action without prejudice.

Date: August 25, 2025

_____
KENLY KIYA KATO
United States District Judge