JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RISHARD H. AMADI SALAAM, <br><br> Petitioner, <br><br> v. <br><br> GLEN E. PRATT, <br><br> Respondent. | Case No. CV 24-07306-KK (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Respondent's Motion to Dismiss is granted and this action is dismissed without prejudice.

Date: August 25, 2025

_____
KENLY KIYA KATO
United States District Judge